NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

JUN 14 2019

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FREELAND LENDING, LLC, an Ohio limited liability company, | No. 18-35939 |
| Plaintiff-Appellee, | D.C. No. 3:17-cv-05383-RBL |
| v. | MEMORANDUM* |
| RCJS PROPERTIES, LLC, a Washington limited liability company, | |
| Defendant, | |
| and | |
| RICHARD SORRELS, individually, and the marital community composed of RICHARD SORRELS and "JANE DOE" SORRELS, husband and wife, | |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Western District of Washington
Ronald B. Leighton, District Judge, Presiding

Submitted June 11, 2019**

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Before:     CANBY, GRABER, and MURGUIA, Circuit Judges.

Richard Sorrels appeals pro se from the district court's foreclosure judgment and post-judgment order arising out of Freeland Lending, LLC's action to enforce the promissory note and the deed of trust securing a commercial loan.  We dismiss.

The notice of appeal identified as the only order on appeal the district court's post-judgment order of sale entered on October 2, 2018.  However, the order of sale is not a final and appealable order because it merely directed an execution of the previously entered judgment of foreclosure.  *See Am. Ironworks & Erectors, Inc. v. North Am. Const. Corp.*, 248 F.3d 892, 898 (9th Cir. 2001) ("A mere ministerial order, such as an order executing a judgment . . . is not a final appealable order.").

We do not consider the district court's judgment of foreclosure entered on September 10, 2018 because the notice of appeal is untimely as to that judgment.  *See* Fed. R. App. P. 4(a)(1)(A) (a notice of appeal must be filed within 30 days after entry of the judgment appealed from); *Citicorp Real Estate, Inc. v. Smith*, 155 F.3d 1097, 1101 (9th Cir. 1998) (holding that foreclosure judgments conclusively determining liability for defaulted loans and identifying the property to be sold were final and appealable).

**DISMISSED.**